UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT HERNAN SOSA LOPEZ (A No. 245 296 774),

Petitioner,

v.

WARDEN, MESA VERDE ICE DETENTION FACILITY,

Respondent.

No.  1:26-cv-1417 DJC CKD P

ORDER

Petitioner, an immigration detainee prisoner proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 19, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454

1

(9th Cir. 1983).  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.[1]

Petitioner also filed a Motion For Immediate Release (ECF No. 23) based on the Findings and Recommendations.  However, those Findings and Recommendations had not yet been adopted by the Court.  As such, this Motion is denied.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 21) are adopted in full.

2.  Petitioner's amended petition for a writ of habeas corpus (ECF No. 16) is GRANTED.

3.  Within fourteen (14) days of this Order, Respondents shall afford Petitioner a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.  If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

4.  Petitioner's Motion for Immediate Release (ECF No. 23) is DENIED.

5.  The Clerk of the Court is directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **June 15, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1]  A certificate of appealability is not required for an appeal from the denial of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241.  See 28 U.S.C. § 2253; Harrison v. Ollison, 519 F.3d 952 (9th Cir. 2008).

2